IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| CHRISTINA HALL, Individually and on Behalf of All Others Similarly Situated | PLAINTIFF |

v.　　　　No. 3:18-cv-235-DPM

| | |
|---|---|
| INMATE SERVICES CORPORATION; and RANDY CAGLE, JR. | DEFENDANTS |
| DAVID DILLARD and NICOLAS WILLIAMS | PLAINTIFFS |

v.　　　　No. 2:19-cv-150-DPM

| | |
|---|---|
| INMATE SERVICES CORPORATION; and RANDY CAGLE, JR. | DEFENDANTS |

### ORDER

Joint motion, *Doc. 90*, granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of a particularly tangled dispute over wages. And the attorney's fee was negotiated after the merits were resolved and separately. *Compare Vines v. Welspun Pipes Inc.*, 2021 WL 3640219, at *3 (8th Cir. 18 August 2021). The Court will dismiss the complaint with prejudice and retain jurisdiction to enforce the settlement.

So Ordered.

*[signature: DPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

10 November 2021